IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LISA MICHELLE TYLER,

        Plaintiff,

   v.                                           CIVIL ACTION
                                                            NO. 13-4459

CAROLYN W. COLVIN,
Acting Commissioner of SSA,

        Defendant.

## ORDER

**AND NOW**, this 8th day of August, 2016, upon consideration of the record, all briefs, and the Magistrate Judge's Report and Recommendation, and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** that judgment is entered **REVERSING** the decision of the Commissioner of Social Security for the purposes of this remand only and the relief sought by Plaintiff is **GRANTED** to the extent that the matter is **REMANDED** for further proceedings consistent with this order and the accompanying memorandum opinion.

        The Clerk of court shall mark the case closed.

                                                                    **BY THE COURT:**

                                                                  **/s/ Jeffrey L. Schmehl**
                                                                  Jeffrey L. Schmehl, J.